**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| STACEY MARIE BIGELOW, | ) CASE NO. 08-14139 |
| | ) Chapter 7 |
| DEBTOR(S). | ) |

## NOTICE OF UNCLAIMED FUNDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Unclaimed Funds pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that funds issued to the following creditor were returned with a notation that patient could not be identified :

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Lutheran Hospital | 7950 W. Jefferson Blvd. Fort Wayne, IN 46804 | $8.56 |
| | Total | $8.56 |

**WHEREFORE**, Trustee is depositing the total sum of $8.56 with the Clerk of the U.S. Bankruptcy Court, representing unclaimed funds in the above-referenced bankruptcy case.

**Dated: August 30, 2010**

        **Respectfully submitted,**

        **CHAPTER 7 TRUSTEE**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL: mseifert@hallercolvin.com**

        **BY: /s/ Martin E. Seifert**
            **MARTIN E. SEIFERT**
            **I.D. #16857-02**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this   30th   day of August, 2010, to:

>Jeffrey S. Arnold, Esq.
>209 W. Van Buren St.
>Columbia City, IN 46725
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>Lutheran Hospital
>7950 W. Jefferson Blvd.
>Fort Wayne, IN 46804

       /s/ Martin E. Seifert
      **MARTIN E. SEIFERT**